# Court of Appeals
# of the State of Georgia

ATLANTA,  February 07, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1199. ROGER DEWAYNE CALLAHAN v. THE STATE.**

A jury convicted Roger Callahan of two counts of theft by taking, and the trial court entered a final disposition on January 11, 2017. Callahan subsequently filed a motion for an out-of-time appeal, which the court granted on August 23, 2018. Callahan did not, however, file a notice of appeal until December 18, 2018. We lack jurisdiction.

"A defendant granted an out-of-time appeal by the trial court will have 30 days from the grant to file a notice of appeal to the appellate court with subject-matter jurisdiction." *Rowland v. State*, 264 Ga. 872, 876 (2) (452 SE2d 756) (1995); see also *Carr v. State*, 281 Ga. 43, 44 (635 SE2d 767) (2006). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland*, 264 Ga. at 872 (1). Because the notice of appeal here was filed 117 days after entry of the trial court's order granting Callahan's motion for an out-of-time appeal, it is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.

Because Callahan remains represented by counsel, he is informed of the following in accordance with *Rowland*, supra:

> This appeal has been dismissed because of your counsel's failure to file a timely notice of appeal.  If you still wish to appeal, you may request the trial court to grant an out-of-time appeal. If the trial court grants an out-of-time appeal, you will have 30 days from that grant in which to file an appeal.  If the trial court denies your request for an out-of-time appeal, you may appeal that denial by filing a notice of appeal within 30 days of the denial. If you no longer wish to appeal your conviction, you

need not do anything else.

The Clerk of Court is directed to send a copy of this order to Callahan as well as to Callahan's attorney, who is also directed to send a copy to Callahan.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  02/07/2019      *
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

                                , *Clerk.*